BERNARD M. RESSER (SBN 92873)
BResser@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff TALK N WIN, INC.

DARRYL J. HOROWITT (SBN 100898)
djhorowitt@ch-law.com
LAWRENCE E. WESTERLUND (SBN 173488)
LWesterlund@ch-law.com
COLEMAN & HOROWITT, LLP
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: 559.248.4820/Fax: 559.248.4830

Attorneys for Plaintiff SILVA GHREIR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALK N WIN, INC., a Florida corporation, and SILVA GHREIR, individually, and dba DREAMLAND and dba WONDERLAND,,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her capacity as Attorney General for the State of California; WAYNE J. QUINT, JR., in his capacity as Director of the Bureau of Gambling Control; TIM WARD, in his capacity as District Attorney of Tulare County, California; CITY OF VISALIA, CALIFORNIA,<br><br>Defendants. | Case No. CV-13-00971-LJO (SMS)<br><br>**STIPULATION AND ORDER CONTINUING DATE TO FILE SECOND AMENDED COMPLAINT AND DATE OF SCHEDULING CONFERENCE**<br><br><br>Trial Date:  N/A<br>Action filed: June 25, 2013 |

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action that, subject to the approval of the Court:

1. the deadline set for plaintiffs to file an amended complaint or dismiss this action shall be continued from December 23, 2013 to January 8, 2014; and,

2. the date for the initial scheduling conference shall be continued from January 15, 2014 at 10:30 a.m. to March 12, 2014 at 10:30 a.m.

IT IS SO STIPULATED.

DATED:  December 20, 2013

DARRYL J. HOROWITT
LAWRENCE E. WESTERLUND
COLEMAN & HOROWITT, LLP


By:/s/ DARRYL J. HOROWITT
DARRYL J. HOROWITT
Attorneys for Plaintiff Silva Ghreir

BERNARD M. RESSER
WILLIAM M. WALKER
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP


By:/s/ BERNARD M. RESSER
BERNARD M. RESSER
Attorneys for Plaintiff Talk N Win, Inc.

DATED: December 20, 2013

KATHLEEN BALES-LANGE
County Counsel for the County of Tulare
CRYSTAL E. SULLIVAN
Chief Deputy County Counsel
KATHLEEN A. TAYLOR
Deputy County Counsel

By: /S/

Attorneys for Defendant County of Tulare

DATED: December 20, 2013

KAMALA D. HARRIS
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
T. MICHELLE LAIRD
Deputy Attorney General
TIMOTHY M. MUSCAT
Deputy Attorney General

By: /S/

Attorneys for Defendants Attorney General Kamala D. Harris and Bureau Chief Wayne J. Quint, Jr.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

71783-00002/2096018.1                    3                    STIPULATION AND [PROPOSED] ORDER

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DATED:  December 20, 2013  LEONARD C. HERR
DOOLEY, HERR, PEDERSEN &
BERGLUND BAILEY

By: /s/ LEONARD C. HERR
Leonard C. Herr

Attorneys for City of Visalia

## **ORDER**

This Court ENTERS this order based on the parties' above stipulation.

IT IS SO ORDERED.

Dated:  **December 23, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE