BERNARD M. RESSER (SBN 92873)
BResser@GreenbergGlusker.com
WILLIAM M. WALKER (SBN 145559)
WWalker@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Plaintiff TALK N WIN, INC.

DARRYL J. HOROWITT (SBN 100898)
djhorowitt@ch-law.com
LAWRENCE E. WESTERLUND (SBN 173488)
LWesterlund@ch-law.com
COLEMAN & HOROWITT, LLP
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: 559.248.4820/Fax:  559.248.4830

Attorneys for Plaintiff SILVA GHREIR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALK N WIN, INC., a Florida corporation, and SILVA GHREIR, individually, and dba DREAMLAND and dba WONDERLAND,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her capacity as Attorney General for the State of California; WAYNE J. QUINT, JR., in his capacity as Director of the Bureau of Gambling Control; TIM WARD, in his capacity as District Attorney of Tulare County, California; CITY OF VISALIA, CALIFORNIA,<br><br>Defendants. | Case No.  CV-13-00971-LJO (SMS)<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT TIM WARD, TULARE COUNTY DISTRICT ATTORNEY, WITHOUT PREJUDICE; AND**<br><br>**ORDER**<br><br>Trial Date:   N/A<br>Action filed: June 25, 2013 |

IT IS HEREBY STIPULATED by and between plaintiffs TALK N WIN, INC., a Florida corporation, and SILVA GHREIR, individually, and dba DREAMLAND and dba WONDERLAND, on the one hand ("Plaintiffs"), and defendant TIM WARD, in his capacity as District Attorney of Tulare County, California, on the other hand (the "Tulare County District Attorney"), subject to the approval of the Court under Federal Rule of Civil Procedure, Rule 41(a)(2), that:

Plaintiffs' action against the Tulare County District Attorney be dismissed, without prejudice, each party to this Stipulation to bear his/her/its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: January 8, 2014

DARRYL J. HOROWITT
LAWRENCE E. WESTERLUND
COLEMAN & HOROWITT, LLP


By: /s/ *Darryl J. Horowitt*
DARRYL J. HOROWITT
Attorneys for Plaintiff Silva Ghreir

DATED: January 8, 2014

BERNARD M. RESSER
WILLIAM M. WALKER
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP


By: /s/ *Bernard M. Resser*
BERNARD M. RESSER
Attorneys for Plaintiff Talk N Win, Inc.

DATED: January 8, 2014

KATHLEEN BALES-LANGE
County Counsel for the County of Tulare
CRYSTAL E. SULLIVAN
Chief Deputy County Counsel
KATHLEEN A. TAYLOR
Deputy County Counsel


By: /s/ *Kathleen A. Taylor*
Attorneys for Defendant Tim Ward, in his capacity as Tulare County District Attorney

## ORDER

Based on the foregoing Stipulation, IT IS ORDERED that the action of plaintiffs TALK N WIN, INC. and SILVA GHREIR, against defendant TIM WARD, in his capacity as District Attorney of Tulare County, California, is hereby dismissed, without prejudice, each such party to bear his/her/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  **January 9, 2014**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

71783-00002/2106596.2                           3           STIPULATION FOR DISMISSAL OF TULARE DA [PROPOSED] ORDER