UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALK N WIN, INC., et al., | CASE NO. CV F 13-0971 LJO SMS |
| Plaintiffs, | **ORDER TO DISMISS CERTAIN DEFENDANTS**<br>(Doc. 40.) |
| vs. | |
| KAMALA D. HARRIS, et al., | |
| Defendants. | |

   Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendants Kamala D. Harris, in her capacity as California Attorney General, and Wayne J. Quint, Jr., in his capacity as Director of California Bureau of Gaming Control.  The clerk is directed not to close this action.

IT IS SO ORDERED.

   Dated:   **January 9, 2014**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1