UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALK N WIN, INC., et al., | CASE NO. CV F 13-0971 LJO SMS |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 46.) |
| vs. | |
| CITY OF VISALIA, | |
| Defendant. | |

Based on the remaining parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES without prejudice this entire action and all claims against defendant City of Visalia;

    2.    VACATES all pending dates and matters, including the February 26, 2014 motion to dismiss hearing which is deemed moot; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **February 10, 2014**          **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE

1